*E-FILED - 8/2/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-09-00258-RMW |
| Plaintiffs, | (Related to C-10-00633-RMW) |
| v. | ORDER SUMMARILY DENYING MOTION UNDER § 2255 |
| JOSE IGNACIO ORDAZ-CABRERA, | |
| Defendant. | |

On February 10, 2010 Jose Ignacio Ordaz-Cabrera filed a Motion Under 28 U.S.C. § 2255  to Vacate, Set Aside or Correct Sentence by Person in Federal Custody.   He was sentenced on August 3, 2009 to 46 months confinement following his plea to illegal re-entry following deportation pursuant to a plea agreement.  He argues that his counsel was ineffective for not arguing certain adverse consequences of his status as a deportable alien as mitigating factors.  However, the court was fully aware of his status, he received 4 points off his guideline calculation pursuant to Guideline § 5K3.1 and his counsel achieved a disposition for him that resulted in a favorable sentence.  There are no facts which suggest that defendant would have received a more favorable sentence if he had not entered into his plea agreement and had instead argued for a lesser sentence because of his deportable alien status.

The motion is summarily denied and the clerk may close the file.

DATED: 7/30/10

_Ronald M Whyte_

_____

RONALD M. WHYTE
United States District Judge